ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEI FENG,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | C 3:23-cv-03898 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before November 3, 2023.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or November 1, 2023, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or December 12, 2023. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary

Stip to Extend
C 3:23-cv-03898 LJC                                                1

judgment by November 22, 2023, Defendants must file their motion for summary judgment by January 2, 2024.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: October 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  October 13, 2023

 /s/ Ming Ji
MING JI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 26, 2023

LISA J. CISNEROS
United States Magistrate Judge

# DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States District Court for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On August 10, 2023, Plaintiff filed a complaint in which he brings a mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. *See* Dkt. No. 1. Our office was served with the complaint on August 14, 2023.

3. On October 11, 2023, I contacted Plaintiff regarding Defendants' request for an additional extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 13, 2023

                                            */s/ Elizabeth D. Kurlan*
                                            ELIZABETH D. KURLAN
                                            Assistant United States Attorney