ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEI FENG, <br><br>    Plaintiff, <br><br>v. <br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br>    Defendants. | C 3:23-cv-03898 LJC <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 16, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for December 18, 2023. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 16, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 7, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 7, 2023

  /s/ Ming Ji
MING JI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 8, 2023

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.