**MING JI, ESQ (CSB #256696)**
**VIGOR LAW GROUP**
**4695 Chabot Drive, Suite 200**
**Pleasanton, CA 94588**
**Tel.: (925) 201-3960**
**Fax:  (866) 600-0082**
**Email: mji@vigorlaw.com**

**Attorneys for Plaintiff Lei Feng**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEI FENG (A# 216-011-837) | **Case No.** 3:23-cv-03898-LJC |
| Plaintiff, | |
| V. | **JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a); ORDER** |
| Attorney General of the United States, MERRICK B. GARLAND; U.S. Department of Homeland Security, ALEJANDRO MAYORKAS, Secretary; and U.S. Citizenship and Immigration Services, UR M. JADDOU, Director; | **Immigration Case** |
| Defendants. | |

JOINT STIPULATION TO DISMISS                                              1

Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of this action.

Each of the parties shall bear their own costs and fees.

Respectfully submitted,

Dated: February 16, 2024            /s/Ming Ji
                                    MING JI, ESQ.
                                    Attorney For Plaintiff


Dated: February 16, 2024            /s/ Adrienne Zack
                                    ELIZABETH D. KURLAN & ADRIENNE ZACK
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants


**ORDER**

Pursuant to stipulation, this action is dismissed. IT IS SO ORDERED.


Dated: February 22, 2024            _____
                                    Lisa J. Cisneros
                                    U.S. Magistrate Judge

JOINT STIPULATION TO DISMISS                                    2